JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
LAUREN M. TAKOS (CA Bar No. 255164)
ltakos@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., and CHASE HOME
FINANCE LLC, erroneously sued as both CHASE HOME
FINANCE, LLC (OHIO) and CHASE HOME FINANCE, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL BEZVERKHOV AND YELENA BEZVERKHOVA,<br><br>Plaintiffs,<br><br>v.<br><br>CAL-WESTERN RECONVEYANCE CORPORATION; JP MORGAN CHASE BANK, N.A.; CHASE HOME FINANCE, LLC. (Ohio); CHASE HOME FINANCE, LLC. CONSOLIDATED CAPITAL MORTGAGE; and DOES 1-10,<br><br>Defendants. | **CASE NO.: 09-CV-01880 MCE-KJM**<br><br>**JUDGE:** Hon. Morrison C. England, Jr.<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT DEFENDANT'S MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO AMEND; ORDER**<br><br>**DATE:** March 11, 2010<br>**TIME:** 2:00 p.m.<br><br>**CRTRM: 7** |

COMES NOW, defendants JPMorgan Chase Bank, N.A. and Chase Home Finance LLC, erroneously sued as both Chase Home Finance, LLC (Ohio) and Chase Home Finance, LLC ("Chase," and collectively "Defendants"), through their undersigned counsel, and seek leave of Court for their counsel to attend the Defendants' Motion to Dismiss Complaint for Failure to Amend After Motion to Dismiss Was Sustained With Leave to Amend ("Hearing"), before the Honorable Morrison C. England, Jr., currently set for March 11, 2010 at 2:00 p.m. via telephone, as follows:

1

REQUEST FOR TELEPHONIC APPEARANCE

PDF created with pdfFactory trial version www.pdffactory.com

1. It would be unduly burdensome and costly for Defendants' counsel to travel from Santa Ana, California to Sacramento, California for the Hearing.

2. The telephonic appearance of Defendants' counsel will not prejudice any party and will not hamper the efficient running of the Hearing.

3. Therefore, Defendants respectfully request leave to allow their counsel to appear at the hearing via telephone.

4. The name of the attorney making the telephonic appearance, and the telephone number where he can be reached at the scheduled time of the appearance is: S. Christopher Yoo; phone number (714) 852-6868.

DATED: March 8, 2010

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation


By: /s/ S. Christopher Yoo
JOHN M. SORICH
S. CHRISTOPHER YOO
LAUREN M. TAKOS
Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., and CHASE HOME FINANCE LLC, erroneously sued as both CHASE HOME FINANCE, LLC (OHIO) and CHASE HOME FINANCE, LLC

**ORDER**

In accordance with counsel's request as set forth above, Mr. Yoo is permitted to appear telephonically for the Motion to Dismiss set for hearing on March 11, 2010 at 2:00 p.m.

IT IS SO ORDERED.

Dated: March 9, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com